JAP:AHT

**M-10-1020**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

REGINALD BATTLE,

        Defendant.

- - - - - - - - - - - - - - - - -X

PRE-ARRAIGNMENT
C O M P L A I N T
(21 U.S.C. §§ 952(a)
and 960)

EASTERN DISTRICT OF NEW YORK, SS:

      DONALD FARRIER, being duly sworn, deposes and states that he is a Special Agent with Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

      Upon information and belief, on or about September 3, 2010, within the Eastern District of New York and elsewhere, defendant REGINALD BATTLE did knowingly, intentionally and unlawfully import into the United States from a place outside thereof heroin, a Schedule I controlled substance.

      (Title 21, United States Code, Sections 952(a) and 960).

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2

1. At approximately 10:00 a.m. on September 3, 2010, defendant REGINALD BATTLE arrived at John F. Kennedy International Airport in Queens, New York, aboard JetBlue Flight No. 820 from Santo Domingo, Dominican Republic.

2. During an examination, the Customs and Border Protection Inspector noticed that the defendant appeared unusually nervous. The CBP Inspector also noticed that although the defendant was born in Germany and had no apparent ties to the Dominican Republic, he had taken three trips there in the last year. The CBP Inspector then conducted a pat-down search of the defendant's body with negative results.

3. The defendant was presented with an x-ray consent form, which he read, appeared to understand, and signed. The defendant then admitted to having ingested foreign bodies. The defendant was transported to the JFK Medical Facility where an x-ray was taken of defendant's intestinal tract. The x-ray was positive for foreign bodies.

4. On September 3, 2010, while the defendant was at the JFK Medical Facility, the defendant passed two pellets, one of which field-tested positive for the presence of heroin.

5. Defendant will be detained at the JFK Medical Facility until such time as he has passed all the pellets contained within his intestinal tract.

3

WHEREFORE, your deponent respectfully requests that defendant REGINALD BATTLE be dealt with according to law.

DONALD FARRIER
Special Agent
Immigration and Customs Enforcement

Sworn to before me this
5th day of September, 2010